IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEF. NO. 1: ONE DPMS AR-15 SEMI- ) <br> AUTOMATIC ASSAULT RIFLE, SERIAL ) <br> NUMBER FFH043926; ) <br> ) <br> DEF. NO. 2: ONE WASR-10 AK-47, SEMI- ) <br> AUTOMATIC ASSAULT RIFLE, SERIAL ) <br> NUMBER A1-15232-13RO; ) <br> ) <br> DEF. NO. 3: ACCOMPANYING ) <br> AMMUNITION, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 18-01073 |

**COMPLAINT FOR FORFEITURE IN REM**

Plaintiff, United States of America, by and through its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Sean M.A. Hatfield, Special Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**NATURE OF THE ACTION**

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: One DPMS AR-15 rifle, serial number FFH043926, one WASR-10 AK-47 style rifle, serial number

A1-15232-13RO, and accompanying ammunition, for violations of 18 U.S.C. § 922(g)(5)(A).

## THE DEFENDANT IN REM

2. The defendant property consists of: One DPMS AR-15 rifle, serial number FFH043926, one WASR-10 AK-47 style rifle, serial number A1-15232-13RO, and accompanying ammunition that was seized on June 12, 2017 by Hays Kansas Police Department from Oscar Vallejo-Tolentino following the execution of search warrant at his residence in Hays, Kansas, in the District of Kansas. The property is currently in the custody of the Hays Police Department held on behalf of the United States Department of Homeland Security Immigration and Customs Enforcement.

## JURISDICTION AND VENUE

3. Plaintiff brings this action in rem in its own right to forfeit and condemn the defendant properties. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4. This Court has in rem jurisdiction over the defendant properties under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant in rem pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant properties are located in the district.

## BASIS FOR FORFEITURE

6. The defendant properties are subject to forfeiture pursuant to 18 U.S.C. § 924(d) because it is property involved in violations of 18 U.S.C. § 922(g)(5)(A).

## FACTS

7. Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the properties; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and

disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney

*/s/ Sean M.A. Hatfield*
SEAN M.A. HATFIELD
Ks. S. Ct. No. 24098
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
T: (316) 269-6481
F: (316) 269-6484
sean.hatfield@usdoj.gov

## DECLARATION

I, Justin D. Stewart, Deportation Officer, Department of Homeland Security Immigration and Customs Enforcement:

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6 day of March, 2018.

Justin D. Stewart, Deportation Officer
DHS/ICE

4

## AFFIDAVIT

I, Justin D. Stewart, being duly sworn, hereby depose and state:

1. I am a Deportation Officer ("DO") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") and have been so employed since June 2015. This affidavit is made in support of a Complaint for Forfeiture in Rem for the following property:

    A. DPMS AR-15 semi-automatic assault rifle;

    B. WASR-10 AK 47 semi-automatic assault rifle;

    C. Accompanying ammunition.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses, and other sources of information relative to firearms investigations. This affidavit is intended to show that there is sufficient probable cause for the requested Complaint for Forfeiture in Rem and does not purport to set forth all of my knowledge of or investigation into this matter.

3. On June 8, 2017, the Wichita, KS ICE ERO Field Operations Team received a lead from the Hays, Kansas Police Department on a subject arrested and booked into Ellis County Jail for criminal threats made by telephonic device to his girlfriend and to law enforcement. On June 12, 2017, The Hays, Kansas Police Department executed a search warrant at the residence of Oscar Vallejo-Tolentino. During the search, police located a DPMS AR-15 rifle, serial number FFH043926 and a WASR-10 AK-47 style rifle, serial number A1-15232-13RO. After a screening and systems checks of immigration status, a detainer was lodged on the subject. On June 19, 2017 he was released from Ellis County Jail and placed under arrest by ICE.

4. On January 5, 2018, Oscar Vallejo-Tolentino pleaded guilty in the United States District of Kansas Case No. 16-10005 to violations of 18 U.S.C. § 922(g)(5)(A) (unlawful possession of a firearm by an alien).

5. Based on the foregoing, I have probable cause to believe that the firearms and ammunition described in paragraph 1, constitute property used or involved in a violation of Title 18, United States Code, Section 922, and are therefore forfeitable to the United States pursuant to Title 18, United States Code, Section 924.

_____
Justin Stewart
Deportation Officer DHS/ICE

Subscribed and sworn to before me on this 6th day of March 2018.

_____
Notary Public

My commission expires 2/4/2021.

RACHAEL M. ADAMS
Notary Public - State of Kansas
My Appt. Expires 2/4/2021

2